

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 7 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL CRUZ,<br><br>Defendant. | Case No.  CR 07-1080-DSF<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On August 27, 2020,  Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on July 21, 2020. Deputy Federal Public Defender Lisa LaBarre was appointed to represent Defendant.  A detention hearing was held.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒ allegations in the petition include failing to participate in outpatient substance abuse treatment and counseling program, use of controlled substances, commission of a crime (possession of narcotic paraphernalia), and failure to notify probation officer within 72 hours of contact with law enforcement.

☒ history of substance abuse

☒ prior probation violations

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒ allegations in the petition (see above)

☒ criminal history, and history of substance abuse

☒ gang affiliation

☒ on County probation

### III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 27, 2020

_____
/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

3